**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-7812**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUY CARMICHAEL CRENSHAW,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CR-96-47, CA-99-424-7)

―――――――――――

Submitted:  May 31, 2001                    Decided:  June 6, 2001

―――――――――――

Before WILKINS, TRAXLER, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Guy Carmichael Crenshaw, Appellant Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Carmichael Crenshaw appeals the district court's orders denying his motion for relief filed under 18 U.S.C. § 3582(c)(2) (1994), and his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Crenshaw</u>, Nos. CR-96-47; CA-99-424-7 (W.D. Va. Nov. 21 & Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>